UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE KYJEN COMPANY, LLC,<br><br>Plaintiff,<br><br>-v-<br><br>THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A,<br><br>Defendants. | 26-cv-5460 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.:

On June 26, 2026, plaintiff filed a motion for a temporary restraining order and other miscellaneous relief, which the Court granted on June 30, 2026. The Court also scheduled a preliminary injunction hearing for July 14, 2026, at 2:00 pm.

Among the motions the Court granted was a motion for expedited discovery so that plaintiff could obtain from online marketplace platforms contact information necessary to effectuate service on defendants. Plaintiff now seeks an extension in the temporary restraining order and an adjournment of the preliminary injunction hearing and related dates because plaintiff has not yet received from the online marketplace platforms the requested information.

Having found good cause to extend the temporary restraining order so that plaintiff can properly effectuate service on defendants, the Court hereby extends the temporary restraining order by 14 days until

July 28, 2026. The Court also adjourns the preliminary injunction hearing currently scheduled for July 14, 2026, to July 27, 2026, at 2:00 pm. Opposing papers shall be filed by no later than July 24, 2026, at 5:00 pm. Plaintiff is directed to serve this Order on the defendants together with the summons and complaint.

The motions at docket numbers 12 and 13 are granted. The Clerk of Court is respectfully directed to close those motions.

SO ORDERED.

New York, NY
July 8, 2026

JED S. RAKOFF, U.S.D.J.