AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of New York

THE KYJEN COMPANY, LLC

*Plaintiff(s)*

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

*Defendant(s)*

Civil Action No. 1:26-cv-05460-JSR

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Martin Yi
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Tammi M. Hellwig

*CLERK OF COURT*

Date: JUL 0 2 2026

*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:26-cv-05460-JSR

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A to the Complaint

was received by me on *(date)* 07/02/2026 .

❒ I personally served the summons on the individual at *(place)* ____________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________ , a person of suitable age and discretion who resides there, on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________ , who is designated by law to accept service of process on behalf of *(name of organization)* ____________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________ ; or

☒ Other *(specify)*: On July 22, 2026, I caused an email to be sent containing the Summons, Complaint, Order to Show Cause for Preliminary Injunction and Temporary Restraining Order, Order Granting TRO Extension, and a link to a website containing aforementioned pleadings to the email addresses for Defendants identified in Schedule A to the Complaint.

My fees are $ ____________ for travel and $ ____________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/22/2026

/s/ Martin Yi
*Server's signature*

Martin Yi, Plaintiff's Attorney
*Printed name and title*

55 Hudson Yards
New York, NY 10001
*Server's address*

Additional information regarding attempted service, etc: