**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

THE KYJEN COMPANY, LLC,

Plaintiff,

v.

THE INDIVIDUALS, CORPORATIONS, LIMITED LIABILITY COMPANIES, PARTNERSHIPS, AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE A TO THE COMPLAINT,

Defendants.

Case No. 1:26-cv-05460-JSR

## [PROPOSED] PRELIMINARY INJUNCTION ORDER

**THIS MATTER** comes before the Court on the application of Plaintiff, THE KYJEN COMPANY, LLC, brought by way of Order to Show Cause, for entry of a Preliminary Injunction (the "Application") against the Defendants identified on the Schedule A to the ~~[Proposed]~~ Preliminary Injunction Order attached hereto (collectively, "Defendants") and using at least the domain names or online marketplace accounts identified on the Schedule A (collectively, the "Defendant User Accounts"); and

**THIS COURT** having reviewed the papers in support of the Application; and the Court having found that Plaintiff meets the criteria for entry of preliminary injunctive relief; and

This Court further finds that it has personal jurisdiction over the Defendants because the Defendants directly target their business activities toward consumers in the United States, including New York, by selling and shipping products into this Judicial District. Specifically, Defendants are reaching out to do business with New York residents by operating one or more commercial, interactive Internet Stores through which New York residents can purchase

counterfeit versions of Plaintiff's products (the "Counterfeit Products") bearing, using, or infringing upon Plaintiff's trademarks, which are covered by U.S. Trademark Registrations Nos. 2,709,593; 2,930,186; 3,278,965; 3,646,119; 4,514,817; 4,912,829; 5,412,084; 5,418,287; 5,781,063; and 7,115,307 (the "OUTWARD HOUND Trademarks"), Plaintiff's design patents, which are covered by U.S. Design Patent Nos. US D706,000 S and US D706,494 S (the "OUTWARD HOUND Patents"), and/or Plaintiff's copyrights which are covered by U.S. Copyright Office Registration Nos. VA 1-035-141, VA 1-278-827, VA 2-217-113, VA 2-254-834, VA 2-343-056, VA 2-347-407, VA 2-360-277, and VA 2-440-169 (the "OUTWARD HOUND Copyrights"), all collectively the "OUTWARD HOUND IP".

**THIS COURT** having determined that the evidence submitted in support of the Application establishes Plaintiff has a likelihood of success on the merits; that no remedy at law exists; and that Plaintiff will suffer irreparable harm if the injunction is not granted including for example:

1. Through the Declarations of Evanka Herbers and Martin Yi and accompanying evidence, Plaintiff has proven a prima facie case of trademark infringement and counterfeiting, patent infringement, and copyright infringement as follows: (1) Plaintiff holds all right, title, and interest in and to the OUTWARD HOUND IP, which are registered with the U.S. Patent and Trademark Office and the U.S. Copyright Office; (2) Plaintiff develops, markets, and sells products using the OUTWARD HOUND IP; (3) Defendants make, use, distribute, reproduce, offer for sale, sell, and/or import into the United States for subsequent sale or use products embodying copies of the OUTWARD HOUND IP; (4) an ordinary observer would be deceived into thinking that the Counterfeit Products are the same as Plaintiff's OUTWARD HOUND products or would be confused by Defendants' use of the OUTWARD HOUND IP; and (5) Defendants are not

licensed or authorized to use the OUTWARD HOUND IP and none of the Defendants is an authorized retailer of genuine OUTWARD HOUND products.

2. Defendants' continued and unauthorized use of the OUTWARD HOUND IP irreparably harms Plaintiff through diminished goodwill and brand confidence, damage to Plaintiff's reputation, loss of exclusivity, and loss of future sales.

3. Monetary damages fail to address such damage and, therefore, Plaintiff has no adequate remedy at law; and

4. The public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions; and

**THIS COURT** having determined, therefore, that injunctive relief initially granted in the Temporary Restraining Order ("TRO") on June 30, 2026 [Dkt. No. 23] and later extended on July 8, 2026 [Dkt. No. 24] should remain in place through the pendency of this litigation and issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65;

**NOW THEREFORE**, on this 27th day of July, 2026, this Court ORDERS that:

1. Defendants, their officers, agents, servants, employees, attorneys, and all persons acting for, with, by, through, under or in active concert with them be temporarily enjoined and restrained from the following:

a. Using the OUTWARD HOUND IP or any reproductions, counterfeit copies, or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any Counterfeit Products;

b. Passing off, inducing, or enabling others to sell or pass off any product as a genuine OUTWARD HOUND product that is not, in fact, a genuine

OUTWARD HOUND product and/or not produced under the authorization, control, or supervision of Plaintiff and approved by Plaintiff for sale under the OUTWARD HOUND IP;

c. Committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control, or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with Plaintiff;

d. Further infringing the OUTWARD HOUND IP and damaging Plaintiff's goodwill; and

e. Shipping, delivering, holding for sale, transferring, or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear the OUTWARD HOUND IP or any reproductions, counterfeit copies, or colorable imitations thereof.

2. Each Defendant, within fourteen (14) days after receiving notice of this Order, shall serve upon Plaintiff a written report under oath providing: (a) their true name and physical address, (b) all websites and online marketplace accounts on any platform that they own and/or operate, (c) their financial accounts, and (d) the steps taken by each Defendant to comply with paragraph 1, a through e, above.

3. Within five (5) days of receipt of this Order, DHgate, eBay, Shein, Walmart and any other online marketplace platform or service provider hosting or servicing a Defendant User Account who or which receives actual notice of this Order and acts in active concert or

participation with a defendant shall disable and cease providing services for any Defendant User Accounts through which Defendants are currently engaged in the sale of counterfeit and infringing goods using the OUTWARD HOUND IP.

4. Defendants and any third party with actual notice of this Order and in active concert or participation with a defendant who is providing services for any of the Defendants, or in connection with any Defendant User Account, including, without limitation, any online marketplace platforms such as DHgate, eBay, Shein and Walmart, Internet Service Providers ("ISP"), web hosts, back-end service providers, web designers, sponsored search engine or ad-word providers, banks, merchant account providers, including AliPay, AllPay/GoAllPay, Bank of China, Coinbase, LianLian, OFX, Paxful, Payoneer, PayPal, PingPong, Stripe, Wish, and World First, third party processors and other payment processing service providers, shippers, and domain name registrars (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to Plaintiff expedited discovery, including copies of all documents and records in such person's or entity's possession or control containing or relating to:

a. The identities and locations of Defendants, their officers, agents, servants, employees, attorneys, and any persons acting in concert or participation with them, including all known contact information;

b. The nature of Defendants' operations and all associated sales and financial information, including, without limitation, identifying information associated with the Defendant User Accounts, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Defendant User Accounts;

c. Defendant User Accounts or any domain name registered by Defendants;

d. Any financial accounts owned or controlled by Defendants, including their officers, agents, servants, employees, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions, including, without limitation, AliPay, AllPay/GoAllPay, Bank of China, Coinbase, DHgate, eBay, LianLian, OFX, Paxful, Payoneer, PayPal, PingPong, Shein, Stripe, Walmart, Wish, and World First, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Defendants and any persons in active concert or participation with them who have actual notice of this Order are temporarily enjoined and restrained from transferring or disposing of any money or other of such Defendants' assets.

6. Plaintiff may provide notice of these proceedings to Defendants by electronically publishing a link to the Complaint, this Order and other relevant documents on a website and by sending an e-mail to all e-mail addresses identified by Plaintiff and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The combination of providing notice via electronic publication and e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

7. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to Plaintiff or on shorter notice as set by this Court.

8. The five thousand dollars ($5,000.00) bond posted by Plaintiff shall remain with the Court until a final disposition of this case or until this Preliminary Injunction is terminated.

Dated: 7/27/26

Honorable Jed S. Rakoff
United States District Judge

**SCHEDULE A TO [PROPOSED] PRELIMINARY INJUNCTION ORDER**

| DOE No. | Defendant Seller | Defendant Marketplace |
|---|---|---|
| 1 | chongmeng | https://www.dhgate.com/store/about-us/22276666.html |
| 2 | glowpigment | https://www.dhgate.com/store/about-us/21179403.html |
| 3 | lekaia | https://www.dhgate.com/store/about-us/22309927.html |
| 4 | boneyards11 | https://www.ebay.com/usr/boneyards11 |
| 5 | KaoruKStore (kom-22) | https://www.ebay.com/str/kaorukstore |
| 6 | masa (morimata0) | https://www.ebay.com/str/masa |
| 7 | michida7 | https://www.ebay.com/str/michida7 |
| 8 | stranin0 | https://www.ebay.com/str/stranin0 |
| 9 | Aurora Market | https://us.shein.com/store/home?store_code=8936552624 |
| 10 | Binocular Snap Studio | https://us.shein.com/store/home?store_code=2199963253 |
| 11 | BLAZEPACE | https://us.shein.com/store/home?store_code=5317975197 |
| 12 | CHANGSHIKOING | https://us.shein.com/store/home?store_code=3087217354 |
| 13 | chentanjianshop | https://us.shein.com/store/home?store_code=8623158770 |
| 14 | ClearViewShop4 | https://us.shein.com/store/home?store_code=5610067830 |
| 15 | dd5e5 | https://us.shein.com/store/home?store_code=7144032383 |
| 16 | DF DFGHG | https://us.shein.com/store/home?store_code=2565758531 |
| 17 | dgcng | https://us.shein.com/store/home?store_code=8696856271 |
| 18 | Dia | https://us.shein.com/store/home?store_code=9370312095 |
| 19 | Diamon4 | https://us.shein.com/store/home?store_code=2071280771 |
| 20 | DSDD Nutrition | https://us.shein.com/store/home?store_code=8166408185 |
| 21 | DsOErB3h | https://us.shein.com/store/home?store_code=6348561227 |
| 22 | EcoHome Craft | https://us.shein.com/store/home?store_code=4504165608 |
| 23 | FansCuu | https://us.shein.com/store/home?store_code=1531341461 |
| 24 | GEMINGSON | https://us.shein.com/store/home?store_code=8518224053 |
| 25 | gfdnl | https://us.shein.com/store/home?store_code=3824047110 |
| 26 | GlowTribe | https://us.shein.com/store/home?store_code=8827567443 |
| 27 | gtgmpmkmkpl | https://us.shein.com/store/home?store_code=9509341140 |
| 28 | Guangjun | https://us.shein.com/store/home?store_code=7060162903 |
| 29 | guangzhoushaozhuobaihuo youxiangongsi | https://us.shein.com/store/home?store_code=4617564280 |
| 30 | HH-1997 | https://us.shein.com/store/home?store_code=4534498651 |
| 31 | hudjjd | https://us.shein.com/store/home?store_code=5295419823 |
| 32 | Hulin Travel Bags and Luggage | https://us.shein.com/store/home?store_code=6885789169 |
| 33 | JONFRY | https://us.shein.com/store/home?store_code=3069165575 |
| 34 | KIDNGA | https://us.shein.com/store/home?store_code=5389498085 |
| 35 | KUOFLOCTEAZELLC | https://us.shein.com/store/home?store_code=1238041247 |
| 36 | lingmabfengdeianpu | https://us.shein.com/store/home?store_code=2166053914 |
| 37 | LuxePort | https://us.shein.com/store/home?store_code=1657414589 |
| 38 | MAZENOD | https://us.shein.com/store/home?store_code=8507648056 |
| 39 | MindSet | https://us.shein.com/store/home?store_code=3814430392 |

| DOE No. | Defendant Seller | Defendant Marketplace |
|---|---|---|
| 40 | mingtushejigu | https://us.shein.com/store/home?store_code=9745707600 |
| 41 | MODERN EDGE SPOTLIGHT | https://us.shein.com/store/home?store_code=7487238754 |
| 42 | okbxtnt12 | https://us.shein.com/store/home?store_code=7225606607 |
| 43 | PENGHUI SHOP | https://us.shein.com/store/home?store_code=4590841804 |
| 44 | qqqvvb | https://us.shein.com/store/home?store_code=6731511662 |
| 45 | Rosewood Cottage ZA | https://us.shein.com/store/home?store_code=2990718122 |
| 46 | sfhdgsasdgfdsg | https://us.shein.com/store/home?store_code=9520581682 |
| 47 | SFSZB | https://us.shein.com/store/home?store_code=6600237081 |
| 48 | SHUAII | https://us.shein.com/store/home?store_code=8958731811 |
| 49 | SUCHDOM | https://us.shein.com/store/home?store_code=1970133964 |
| 50 | suguanghuidedian | https://us.shein.com/store/home?store_code=1078016527 |
| 51 | SWIFTSTRIDE | https://us.shein.com/store/home?store_code=4503527364 |
| 52 | taizhouxianyanshangmaoyouxian | https://us.shein.com/store/home?store_code=5632819257 |
| 53 | Tgideas Beauty Hub | https://us.shein.com/store/home?store_code=4808272059 |
| 54 | Thames Outdoor | https://us.shein.com/store/home?store_code=9701169626 |
| 55 | THIRDATE LTX | https://us.shein.com/store/home?store_code=2309074290 |
| 56 | Veridian Beauty | https://us.shein.com/store/home?store_code=8211208947 |
| 57 | xbkxbk | https://us.shein.com/store/home?store_code=9054016979 |
| 58 | XIGYXIA | https://us.shein.com/store/home?store_code=8100971696 |
| 59 | YUSVEW | https://us.shein.com/store/home?store_code=9163682645 |
| 60 | Z1849 | https://us.shein.com/store/home?store_code=2720375537 |
| 61 | ZJSI | https://us.shein.com/store/home?store_code=7837692151 |
| 62 | zxcbd | https://us.shein.com/store/home?store_code=5158989897 |
| 63 | zxjianledeoamnpu | https://us.shein.com/store/home?store_code=6932812792 |
| 64 | Bodel | https://www.walmart.com/reviews/seller/103112667 |
| 65 | putianshichengxiangquqirongmaoyiyouxiangongsi | https://www.walmart.com/reviews/seller/101288091 |
| 66 | ShanXiFaZeKeJiYouXianGongSi | https://www.walmart.com/reviews/seller/101289718 |
| 67 | zheng chao hu | https://www.walmart.com/reviews/seller/103058404 |